UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANCISCO ESTEBAN BONILLA JIMENEZ,

Petitioner,

v.

CURRENT OR ACTING WARDEN OF THE CALIFORNIA CITY DETENTION FACILITY,

Respondent.

No. 1:26-cv-07711-DAD-JDP

ORDER GRANTING PETITIONER'S MOTION TO PROCEED *IN FORMA PAUPERIS* AND AUTHORIZING RESPONDENT TO FILE SUPPLEMENTAL BRIEFING

(Doc. No. 2)

Petitioner has filed a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, challenging his detention by United States Immigration and Customs Enforcement ("ICE"). (Doc. No. 1.) He has also filed a motion to proceed *in forma pauperis* (Doc. No. 2), a motion for a temporary restraining order ("TRO") (Doc. No. 3), and a motion for appointment of counsel. (Doc. No. 4.) On September 24, 2026, the court set a briefing schedule on the pending motion for temporary restraining order. (Doc. No. 7.) On September 25, 2026, respondent filed a response to the pending petition for writ of habeas corpus. (Doc. No. 8.)

Upon review of the briefing and supporting evidence provided by the parties on the motion for temporary restraining order, the court finds that further briefing from the parties is

necessary to rule on the pending motion. Specifically, the court observes that petitioner requested a custody re-determination hearing before an immigration judge, but there is no indication that petitioner ever received the requested hearing or that one was scheduled for him.

For the reasons above,

1. Petitioner's motion to proceed *in forma pauperis* (Doc. No. 2) is GRANTED;
2. Within three (3) days from the date of entry of this order, respondent shall file supplemental briefing addressing: (1) whether petitioner received a custody re-determination hearing before an immigration judge; or (2) if petitioner never received a custody re-determination hearing before an immigration judge, whether one has been scheduled for him; and
3. Petitioner may file a response to respondent's supplemental briefing within seven (7) days from the date that he receives a copy of that filing.

IT IS SO ORDERED.

Dated: **November 3, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE